LUCY FRITZ, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Order affirmed, with costs. All concurred.

STEPHEN KAMINSKI, Appellant, v. THE POLISH NATIONAL CATHOLIC CHURCH OF THE HOLY MOTHER OF THE ROSARY, OF BUFFALO, N. Y., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, unless within ten days from the service of a copy of this order with notice of entry thereof, the defendant stipulates that the certificates or notes described in the complaint may be received in evidence on the trial and shall constitute *prima facie* evidence of indebtedness of defendant as stated therein and of the execution of said certificates or notes, and in case the defendant so stipulates the order appealed from is affirmed, without costs. All concurred.

In the Matter of the Estate of LILLIAN ROUSSEAU, Deceased. GEORGE E. ZEILER, Appellant; ALBERT C. PARDEE, as Administrator, etc., Respondent.— Order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORA ALICE WHEELER, Respondent, v. ETHAN A. NEVIN, as Superintendent of the State Custodial Asylum for Feeble-Minded Women, Appellant.— Order affirmed, with costs. All concurred.

JAMESTOWN MANTEL COMPANY, Respondent, v. BE GLAD CONSTRUCTION CORPORATION and Another, Appellants.— Judgment affirmed, with costs. All concurred: Lambert, J., not sitting.

THOMAS J. NORTHWAY, Plaintiff, v. FRANK CONLON, Defendant.— Plaintiff's exceptions overruled and motion for new trial denied, with costs to the defendant. All concurred.

ANNA PATAKI, Appellant, v. STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

BUFFALO CAREY COMPANY, Respondent, v. ARVILLA E. C. DUNN, Appellant.— Order entered dismissing appeal, with costs, upon affidavit filed by respondent's attorney showing that appellant has failed to comply with terms of order entered September 28, 1917.

DAVID M. HANCOCK, Respondent, v. PENNSYLVANIA COMPANY, Appellant. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

THOMAS H. DOWD, as Administrator, etc., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.